Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Sethy v. Victoria's Secret Stores, LLC*, No. 23 CV 3452 (RA)
            Status Update to the Court

Dear Judge Abrams:

      In accordance with the Court's July 19, 2023 Order, the parties write to apprise the Court of the decision issued by the New York Appellate Division, Second Judicial Department in *Grant, et al. v. Global Aircraft Dispatch, Inc.* on January 17, 2024.

      The court in *Grant* reached the opposite conclusion from the First Judicial Department in *Vega v. CM & Assoc. Constr. Mgt., LLC* and held that New York Labor Law does not provide for a private right of action for violations of NYLL § 191 claims for failure to pay manual workers on a weekly basis. As far as the parties are aware, *Grant* and *Vega* are the only two intermediate appellate courts to rule on this issue and the New York Court of Appeals has not addressed the matter. *Grant* may be appealed to the New York Court of Appeals.

      Due to this recent development, the parties request a continuance of the present stay for thirty (30) days to determine whether the New York Court of Appeals will hear *Grant* on appeal. If it would be helpful, the parties are also amenable to participating in a status conference with the Court on this matter.

Respectfully,

Josef Nussbaum
*Counsel for Plaintiff*

Kerri A. Wright
*Counsel for Defendant*

Application granted. SO ORDERED.

_____
The Honorable Ronnie Abrams
U.S. District Judge
February 1, 2024