UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SETHY,<br><br>                       Plaintiff,<br><br>      v.<br><br>VICTORIA'S SECRET STORES, LLC<br><br>                      Defendants. | No. 23-CV-3452 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      In light of the Second Department's recent ruling in *Grant v. Aircraft Delivery Dispatch*, App. Div. No. 21-03202, a status conference is hereby scheduled for April 5, 2024 at 10:00 a.m. One week before the scheduled conference, the parties shall submit a joint letter indicating their position on whether the Court should order revised briefing addressing *Grant*. In the same letter, the parties shall also specify whether they prefer the status conference be held in person or remotely. The stay of this case shall remain in place pending the April conference and the existing deadline for Defendant's reply brief is hereby adjourned.

SO ORDERED.

Dated:    March 6, 2024
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge