Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:** *Sethy v. Victoria's Secret Stores, LLC*, No. 1:23-cv-3452

Dear Judge Abrams:

Pursuant to the Court's September 4, 2024, Order, the parties write to update the Court on the status of their settlement efforts and the appeal of *Grant, et al. v. Global Aircraft Dispatch, Inc.* to the New York Court of Appeals.

Since the parties' last status update, the parties agreed to attend mediation with Stephen Sonnenberg Esq., on January 21, 2025, and have begun exchanging information in furtherance of those efforts. Additionally, as far as the parties are aware, the request to appeal *Grant, et al. v. Global Aircraft Dispatch, Inc* is still pending. Given the parties' scheduled mediation in January, and the potential impact of the New York Court of Appeals' decision in *Grant*, the parties request to extend the stay of this case for 60 days.

Specifically, the parties jointly request a continuance of the present stay for sixty (60) days, until January 31, 2025.

Respectfully,

Josef Nussbaum
*Counsel for Plaintiff*

Adam J. Rocco
*Counsel for Defendant*

Application granted. The parties shall file a status update no later than January 31, 2025.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 3, 2024