UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YVETTE SETHY, individually and on behalf
of all others similarly situated, and
DARLENE GONZALEZ individually and on
behalf of all others similarly situated,

               Plaintiffs,

         v.

VICTORIA'S SECRET STORES, LLC,

              Defendant.

No. 23-cv-3452 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 3, 2025, the Court ordered the parties to provide a status update on their settlement efforts and on a related matter pending before the New York Court of Appeals no later than March 17, 2025.  To date, no status update has been filed.  The parties shall file their status update no later than March 21, 2025.

SO ORDERED.

Dated:      March 19, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge