Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Sethy v. Victoria's Secret Stores, LLC*, No. 1:23-cv-3452

Dear Judge Abrams:

      Per the parties' March 21, 2025 Status Report, the Parties write to update the Court on the status of this case. The Parties recently held a second mediation on this matter. The Parties are now making efforts to arrive at a final settlement agreement. The Parties request that the Court maintain the current stay of this case for thirty days. Within that time, the Parties expect to be able to update the Court as to the results of their ongoing efforts.

      Therefore, the parties jointly request a continuance of the present stay for thirty (30) days, until May 11, 2025.

Respectfully,

Josef Nussbaum
*Counsel for Plaintiff*

Adam J. Rocco
*Counsel for Defendant*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 14, 2025