UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YVETTE SETHY, individually and on behalf of all others similarly situated, and DARLENE GONZALEZ individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

VICTORIA'S SECRET STORES, LLC,

    Defendant.

No. 23-cv-3452 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 14, 2025, the Court ordered the parties to provide a status update on their settlement efforts no later than May 11, 2025. To date, no status update has been filed. The parties shall file their status update no later than May 21, 2025.

SO ORDERED.

Dated:    May 14, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge