# Joseph & Kirschenbaum LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Michael DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

May 21, 2025

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    *Re:* **Sethy, et al v. Victoria's Secret Stores, LLC, No. 23 CV 3452 (RA)**
       **No. 23 CV 3452 (RA)**

Dear Judge Abrams:

  We represent the Plaintiffs in the above-captioned matter. Pursuant to Your Honor's May 14, 2025, Order, we write to notify the Court that the Parties have nearly completed the paperwork consummating the settlement of this matter. We anticipate filing the relevant papers by the end of this week, May 23, 2025.

  We thank the Court for its attention to this matter.

Respectfully,

*/s/ D. Maimon Kirschenbaum*
D. Maimon Kirschenbaum